IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL CASE NO.** |
| **v.** | **1:13-CR-402-JEC** |
| **ANITA R. FORD** | |

**REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY**[1]

The defendant, ANITA R. FORD ("Defendant"), by consent, has appeared before me and has entered a plea of guilty to **COUNTS ONE and TWO (1 and 2)** of the Criminal Information, as amended on 12/3/13. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I have determined that the guilty plea was knowing and voluntary, and that the plea to the offense charged is supported by an independent basis in fact establishing each of the essential elements of such offense. I also determined that Defendant understood and knowingly agreed to the limited waiver of appeal contained in her plea agreement. I therefore **RECOMMEND** that the plea of guilty

---

[1] Failure to file written objections to this Report and Recommendation within *FOURTEEN (14) DAYS* after service of a copy of this Report and Recommendation shall bar an aggrieved party from attacking such report and recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

**SO ORDERED** this   3rd   day of   December  , 2013.


_____
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE